FILED

2015 Jan-21  AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEREMY HITT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:13-cv-1503-SLB** |
| | ) | |
| **CSX TRANSPORTATION, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

The court has been advised by counsel that the above-referenced case has been

settled.  It is therefore **ORDERED** that this action is **DISMISSED WITHOUT**

**PREJUDICE** to the right of any party to reopen the case within sixty (60) days, upon

good cause shown, or to submit a stipulated form of final judgment.

**DONE** this 21st day of January, 2015.


_Sharon Lovelace Blackburn_
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE